**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LARRY DARNELL SHIELDS, | ) | NO. CV 13-2208-FMO (MAN) |
|        Petitioner, | ) | |
|   v. | ) | JUDGMENT |
| SOTO, WARDEN, | ) | |
|        Respondent. | ) | |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 30, 2014

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE